IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE LEE KEEL, III,<br>    Plaintiff,<br><br>v.<br><br>PHILADELPHIA HOUSING<br>AUTHORITY, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:    CIVIL ACTION NO. 19-CV-1931<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 9th day of May, 2019, upon consideration of Plaintiff Jesse Lee Keel, III's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 8(a) and pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim, for the reasons set forth in the Court's Memorandum.

4. Mr. Keel is given leave to file an amended complaint within thirty (30) days of the date of this order in the event he can state a basis for a plausible claim. Any amended complaint must identify in the caption of the amended complaint all of the Defendants he intends to sue. Defendants who are not identified in the caption will not be treated as defendants in this case. Any amended complaint must also state the factual basis for Mr. Keel's claims against each defendant by explaining what each defendant did or did not do that caused a violation of Mr. Keel's rights. Mr. Keel should also state how he was harmed and what relief he seeks from

the Court. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Mr. Keel a blank form complaint to be used by a non-prisoner filing a civil action bearing the civil action number for this case. Mr. Keel may use this form to file an amended complaint.

6. If Mr. Keel fails to file an amended complaint within thirty (30) days, this case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Gene E.K. Pratter*

**GENE E.K. PRATTER, J.**