# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSE LEE KEEL, III,** | : |
| **Plaintiff,** | : |
| | : |
| v. | : **CIVIL ACTION NO. 19-CV-1931** |
| | : |
| **PHILADELPHIA HOUSING** | : |
| **AUTHORITY,** *et al.*, | : |
| **Defendants.** | : |

## ORDER

AND NOW, this 17th day of June, 2019, upon consideration of Plaintiff Jesse Lee Keel, III's Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 8(a) and pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim, for the reasons set forth in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.